IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv165

| | |
|---|---|
| DAVID B. CROSSLEY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

Pending before the Court is Defendant's Motion to Dismiss [# 3]. The Court **DENIES without prejudice** the motion [# 3] for failure to comply with the requirements of the Court's Local Rules, which require the filing of a motion and a separate legal brief. LCvR 7.1(C).

Signed: August 28, 2015

Dennis L. Howell
United States Magistrate Judge

-1-